```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 04183
   PATRICIA A REEVES
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8728


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/24/2008 and was confirmed 04/21/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  57.00%.

     The case was dismissed after confirmation 10/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
AMERICASH LOANS            UNSECURED        2112.89            .00           .00
PREMIER BANKCARD           UNSECURED         505.28            .00           .00
AMERICAS FINANCIAL CHOIC   UNSECURED         762.95            .00           .00
AMERICAS FINANCIAL CHOIC   UNSECURED       NOT FILED           .00           .00
AMERICAS FINANCIAL CHOIC   UNSECURED       NOT FILED           .00           .00
AT&T                       UNSECURED       NOT FILED           .00           .00
BMG MUSIC SERVICE          UNSECURED       NOT FILED           .00           .00
CASHLAND FINANCIAL SERVI   UNSECURED       NOT FILED           .00           .00
CASHLAND FINANCIAL SERVI   UNSECURED       NOT FILED           .00           .00
CITIZENS BANK              UNSECURED       NOT FILED           .00           .00
COLUMBIA HOUSE             UNSECURED       NOT FILED           .00           .00
COMCAST                    UNSECURED       NOT FILED           .00           .00
CREDIT PROTECTION ASSOCI   NOTICE ONLY     NOT FILED           .00           .00
AT&T/SBC/ILLINOIS FACC     UNSECURED       NOT FILED           .00           .00
FAST CASH USA              UNSECURED         716.17            .00           .00
FINGERHUT DIRECT MARKETI   UNSECURED         466.03            .00           .00
FIRST CASH ADVANCE         UNSECURED       NOT FILED           .00           .00
FIRST CHOICE LOANS         UNSECURED       NOT FILED           .00           .00
GREAT AMERICAN FINANCE     UNSECURED            .35            .00           .00
GREAT AMERICAN FINANCE     UNSECURED       NOT FILED           .00           .00
HEIGHTS FINANCIAL          UNSECURED       NOT FILED           .00           .00
IL CATALOG SALES INC       UNSECURED       NOT FILED           .00           .00
JEFFREY HAHN               NOTICE ONLY     NOT FILED           .00           .00
A ALL FINANCIAL INC        UNSECURED       NOT FILED           .00           .00
NATIONAL ASSET RECOVERY    NOTICE ONLY     NOT FILED           .00           .00
NCO FINANCIAL SYSTEMS IN   NOTICE ONLY     NOT FILED           .00           .00
OMNIUM WORLDWIDE INC       UNSECURED       NOT FILED           .00           .00
PLATINUM CAPITAL INVES     UNSECURED       NOT FILED           .00           .00
AT&T                       UNSECURED       NOT FILED           .00           .00
WEST ASSET MANAGEMENT      NOTICE ONLY     NOT FILED           .00           .00
GREAT AMERICAN FINANCE     SECURED          1549.00           6.28         77.96
JOHN C DENT                DEBTOR ATTY     3,185.00                       487.08

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 04183 PATRICIA A REEVES
```

```
TOM VAUGHN                    TRUSTEE                                    49.68
DEBTOR REFUND                 REFUND                                       .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    621.00

PRIORITY                                                  .00
SECURED                                                 77.96
    INTEREST                                             6.28
UNSECURED                                                 .00
ADMINISTRATIVE                                         487.08
TRUSTEE COMPENSATION                                    49.68
DEBTOR REFUND                                             .00
                         ---------------      ---------------
TOTALS                     621.00                      621.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 01/26/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE